UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

In Re Application of

LYXOR ASSET MANAGEMENT S.A.

For an Order to conduct discovery in relation to
Steven Braverman for use in a foreign proceeding.

Case No. MISC 09-03

**ORDER PURSUANT
TO 28 U.S.C. § 1782**

---

Upon consideration of the application of Lyxor Asset Management S.A. ("Lyxor"), and the supporting declaration of Robert H. Bell, Esq., for an Order to obtain discovery pursuant to 28 U.S.C. § 1782 (i) to serve the subpoena *duces tecum* annexed hereto on Steven Braverman, who may be found in the District of New Jersey; and (ii) for leave to serve subpoenas for deposition testimony at a future date on Steven Braverman ~~and those individuals and entities with knowledge and information without necessity of a further application to this Court~~; and it appearing that the requirements of 28 U.S.C. § 1782 have been satisfied,

IT IS HEREBY ORDERED that the application is granted; and

IT IS FURTHER ORDERED pursuant to 28 U.S.C. § 1782 that Steven Braverman shall appear to produce documents at the offices of counsel for Lyxor, Linklaters LLP, 1345 Avenue of the Americas, New York, New York 10105, pursuant to the subpoena on the date so specified on the subpoena, or such other date, time and place as is otherwise agreed by Steven Braverman and Lyxor and as is consistent with the Federal Rules of Civil Procedure; and

IT IS FURTHER ORDERED pursuant to 28 U.S.C. § 1782 that Lyxor, through its counsel, Linklaters LLP, may serve subpoenas for deposition testimony at a future date on Steven Braverman ~~and additional individuals and entities with knowledge and information~~

A10315368/1.0/15 Jan 2009

~~without necessity of a further application to this Court~~ and as is consistent with the Federal Rules of Civil Procedure; and

IT IS FURTHER ORDERED that Steven Braverman ~~and those additional individuals and entities with knowledge and information as referenced above are~~ is directed to comply with such subpoenas in accordance with, and subject to, their rights under the Federal Rules of Civil Procedure and the Rules of this Court; and

IT IS FURTHER ORDERED that a copy of this Order and the subpoena *duces tecum* addressed to it be served upon Steven Braverman no later than 5:00 p.m. on January 21, 2009; and

IT IS FURTHER ORDERED that Lyxor shall deliver a copy of this Order and any subpoena issued pursuant to this Order to counsel for the plaintiff in the civil action pending in the Cayman Islands that is described in its application.

Dated: Newark, New Jersey
       January 16, 2009

United States District Judge
Jose L. Linares