UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

In Re Application of

LYXOR ASSET MANAGEMENT S.A.

For an Order to conduct discovery in relation to Steven Braverman for use in a foreign proceeding.

Case No. Misc. 09-03

**ORDER**

---

Upon consideration of the Declaration of Robert H. Bell, dated January 21, 2009, in support of the request by Lyxor Asset Management S.A. ("Lyxor") for an Order extending the time to serve its subpoena *duces tecum* on Steven Braverman pursuant to the Order dated January 16, 2009 in the above-captioned matter; and good cause having been shown,

IT IS HEREBY ORDERED that the request for an extension of time for Lyxor to serve its subpoena is granted; and

IT IS FURTHER ORDERED that the subpoena *duces tecum* attached to the Order dated January 16, 2009 be served upon Steven Braverman no later than 5:00 p.m. on January 23, 2009.

Dated: Newark, New Jersey
January 22, 2009

_____
United States District Judge
JOSE L. LINARES